_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:21-cv-01641-JLS-MAA | Date: May 03, 2022 |
| Title:  Noemi Russo v. Zerepsi, Inc. et al | |

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| D. Rojas | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

The Final Pretrial Conference in this matter is set for May 13, 2022 at 10:30 a.m. Per the Central District of California's Local Rules, the Parties' Memorandum of Contentions of Fact and Law are to be filed "[n]ot later than twenty-one (21) days before the Final Pretrial Conference," L.R. 16-4, and a Final Pretrial Conference Order shall be lodged with the Clerk with eleven (11) days before the date of the Final Pretrial Conference, L.R. 16-7(a).  These deadlines have passed, and the Parties have not filed any of the requisite documents.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute.  Plaintiff shall file a response on or before Friday, May 6, 2022.  A notice of settlement or a stipulated dismissal is an acceptable response to the Court's Order.  The failure to respond will result in the immediate dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Initials of Deputy Clerk:  droj