JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEMI RUSSO,<br><br>      Plaintiff,<br><br>    v.<br><br>ZEREPSI, INC, et al.,<br><br>      Defendants. | Case No.:  2:21-cv-01641-JLS-MAA<br><br>**ORDER RE NOTICE OF DISMISSAL** |

In light of the Court's approval of the settlement in the above-captioned case, (*see* Doc. 41), the parties are ORDERED to file a Notice of Dismissal within **seven days** of the issuance of this Order.

Dated: October 07, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE